# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **DEBBIE WEAVER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACT. NO. 1:19-cv-36-TFM-B |
| | ) | |
| **ARMSTRONG & ASSOCIATES,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the court is a *Joint Stipulation of Dismissal With Prejudice* (Doc. 37, filed 9/23/19). The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). The joint stipulation is signed by both sides.[1] Consequently, by operation of Rule 41, this action has been dismissed in accordance with the joint notice. Therefore, this case is dismissed with prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE and ORDERED** this 2nd day of October 2019.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE

---

[1] Counsel for Defendant filed a Notice of Endorsement (Doc. 38, filed 9/24/19) indicating his original signature was placed on the stipulation of dismissal.